HORACE STEEVENS
*versus* GEORGE F. WILLIAMS AND
CORNELIUS O'FLYNN.

PAPERS IN FILE (1836–37): (1) Affidavit for cer-
tiorari, allocatur; (2) bond for certiorari; (3)

writ of certiorari and return; (4) J. P. papers—
(a) notice to quit; (b) complaint; (c) summons
and return; (d) plea; (e) subpoena; (f) venire;
(g) verdict; (h) writ of restitution; (5) assign-
ment of errors; (6–7) affidavits of Richard
Butler; (8) motion for rule on justices to amend
return; (9) copy of rule, further return; (10)
motion for writ of restitution; (11) draft of
order for restitution.
*1824–36 Calendar*, MS p. 256 [b].